**HUNTINGTON DEVELOPMENT & GAS COMPANY, a Corporation, Appellant, v. Allie STEWART, Appellee.**

No. 2980.

Circuit Court of Appeals, Fourth Circuit.
Jan. 13, 1931.

For former opinion, see 44 F.(2d) 119.

W. C. W. Renshaw, of Huntington, W. Va. (Harold A. Ritz, of Charleston, W. Va., on the brief), for appellant.

W. T. Lovins, of Huntington, W. Va., for appellee.

Before NORTHCOTT, Circuit Judge, and GRONER and ERNEST F. COCHRAN, District Judges.

**PER CURIAM.**

On consideration of the petition for rehearing in this case, the court is of the opinion that the matters raised in the petition were fully and carefully considered in the majority opinion of this court, and also discussed in the minority opinion by Judge Ernest F. Cochran, and that no new points are raised on the petition for rehearing. The rehearing is therefore denied.